IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON MICHAEL SMITH                                                        PLAINTIFF

V.                              CASE NO.: 5:14-CV-5219

JUDGE MARY ANN WESTFALL;
PROSECUTOR SARAH SPARKMAN;
and SPRINGDALE POLICE DEPARTMENT                              DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on March 23, 2015, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 3rd day of June, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE